# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132258

SPRINGING ACRES, INC.,
          Plaintiff-Appellee,

v

MICHIGANA HOLSTEINS, INC., PETER
LINSSEN, and MORRIS-ANDERSON &
ASSOCIATES, LTD.,
          Defendants,

and

VDS-FARMS, LLC,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132258
COA: 259779
Kalamazoo CC: 02-000451-CK

On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

Clerk

s1218